[No. 19561–1–I. Division One. July 11, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY
LEE JOHNSON, *Defendant*, CHARLES
EDWARD EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 86–1–02258–5, Faith Enyeart, J., entered
November 26, 1986. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 21217–6–I. Division One. July 11, 1988.]

DONALD E. SPENCER, ET AL, *Appellants*, v. KING COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 80–2–17544–1, Arthur E. Piehler, J., entered
May 27, 1986. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Scholfield, C.J., and Winsor, J.

[No. 10528–4–II. Division Two. July 12, 1988.]

THE STATE OF WASHINGTON, *on the Relation of Elissa
Daniels, Respondent*, v. DANNY COCHRAN,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 83–5–00205–7, Thomas L. Lodge, J., entered
October 17, 1986. *Reversed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Reed, C.J., and Wors-
wick, J.